# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE RICHARD BRASDA,<br><br>Defendant. | CR 24-63-GF-BMM<br><br><br><br>**ORDER** |

    Counsel for Defendant Lawrence Richard Brasda, having filed an Unopposed Motion to Quash Arrest Warrant and Issue Summons, and good cause appearing therefore: The motion is GRANTED.  The arrest warrant issued August 7, 2024, is hereby QUASHED.  The Clerk of Court's Office will issue a summons for the defendant to appear before the undersigned for an arraignment on September 17, 2024 at 1:30 p.m.

    DATED this 5th day of September, 2024.

_____
John Johnston
United States Magistrate Judge